Commonwealth *v.* Fleeming, Appellant.

Before LEVIN, J.

Argued November 12, 1974. *Stephen H. Hutzelman,* for appellant; *Bernard L. Siegel,* First Assistant District Attorney,

with him *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.